# CRIMINAL COMPLAINT

| | District |
|---|---|
| **UNITED STATES DISTRICT COURT** | **ARIZONA** |

FILED _____ LODGED
RECEIVED _____ COPY

OCT  6 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Antonio HUERTA**<br><br>Year of Birth:   **1973**<br>Country of Citizenship: **Mexico**<br>**A094 804 327**<br>Case Control # **PTCA111000356** | DOCKET NO.<br><br><br><br><br>MAGISTRATE CASE NO.<br>**10 - 04017 M** |

| Complaint for violation of Title **8** | United States Code § **1326 (b)(2)** |
|---|---|

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE<br>**United States Magistrate Judge** | LOCATION<br>**Tucson, Arizona** |
|---|---|---|

| DATE OF OFFENSE<br>On or about<br>**October 04, 2010** | PLACE OF OFFENSE<br>At or near<br>**Douglas, Arizona** | ADDRESS OF ACCUSED (if known)<br>**Veracruz, Mexico** |
|---|---|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about October 4, 2010, at or near Douglas, Arizona, in the District of Arizona, Antonio HUERTA, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Hidalgo, Texas on December 17, 2009, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326 (a), enhanced by Title 8, United States Code, Section 1326 (b)(2).

**BASIS OF COMPLAINANTS CHARGE AGAINST THE ACCUSED:**

Antonio HUERTA is a citizen of Mexico.  On December 17, 2009, Antonio HUERTA was lawfully denied admission, excluded, deported, and removed from the United States through Hidalgo, Texas.  On October 4, 2010, agents found Antonio HUERTA in the United States at or near Douglas, Arizona.  Antonio HUERTA did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THIS CHARGE**
Border Patrol Agents(s)

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY AUSA MSF | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>**Border Patrol Agent** |
|---|---|

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE (1) | DATE<br>**October 06, 2010** |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.
AO 91 (Rev. 11/82)