DENNIS K. BURKE
United States Attorney
District of Arizona
MATTHEW G. ELTRINGHAM
Assistant U.S. Attorney
United States Courthouse
405 West Congress, Suite 4800
Tucson, Arizona  85701-5040
Telephone:  (520) 620-7300
Email: matthew.eltringham@usdoj.gov
Attorneys for Plaintiff

FILED

2010 NOV -3 P 3: 42

RICHARD H. WEARE, CLERK
U.S. DIST. COURT FOR THE
DISTRICT OF ARIZONA

BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

CR10-3069TUC CKJ/CRP

| United States of America, | ) |
| Plaintiff, | ) |
| v. | ) |
| Antonio Huerta, | ) |
| Defendant. | ) |

**INDICTMENT**

Violations: 8 U.S.C. § 1326 (enhanced by 8 U.S.C. § 1326(b)(2))

(Re-Entry After Deportation)

**THE GRAND JURY CHARGES:**

On or about October 4, 2010, at or near Douglas, in the District of Arizona, Antonio Huerta, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Brownsville, Texas on or about December 17, 2009, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326, enhanced by Title 8, United States Code, Section 1326(b)(2).

A TRUE BILL

Pre___

DENNIS K. BURKE
United States Attorney
District of Arizona

Assistant U.S. Attorney



NOV 03 2010

REDACTED FOR PUBLIC DISCLOSURE